MADELYN MILLER, Appellant, v STATE OF NEW YORK, Respondent.

On our review of the record, we conclude that the award of damages made by the Court of Claims was inadequate. Considering the horror of the rape itself and the consequences that followed, an award of $400,000 is in order. Lazer, J. P., Thompson, Bracken and O'Connor, JJ., concur.